UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON JOHNSON                                    CIVIL ACTION

VERSUS                                           NO. 24-2492

KEVIN LUPER, ET AL.                              SECTION: "J"(1)

### ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Defendants' *Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) and Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6)* **(Rec. Doc. 14)** is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Johnson's RLUIPA claims for monetary damages against defendants in their official capacities are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Johnson's RLUIPA claims against defendants in their individual capacities are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Johnson's First Amendment claims for compensatory damages are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Johnson's official-capacity claims for declaratory relief under both RLUIPA and the First Amendment, as well as his individual-capacity First Amendment claims for punitive and nominal damages, are allowed to proceed and remain referred to the undersigned Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 24th day of October, 2025.

*[signature]*
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE