UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON JOHNSON | CIVIL ACTION |
| VERSUS | NO. 24-2492 |
| KEVIN LUPER ET AL. | SECTION: "J"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that Aaron Johnson's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 11th day of February, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE